```
CASE 18-C-30            GREENBRIER                    PAGE 0001

RONALD D. MYERS              VS. AVIAGEN TURKEYS, INC.


LINE   DATE     ACTION

   1  03/08/18  COMPLAINT FILED - SUMMONS ISSUED
   2  03/13/18  DEPOSIT - LORD HOOSIER $200.00
   3  03/13/18  SUMMONS AND COMPLAINT MAILED TO ATTY FOR SERVICE
   4  04/30/18  SEC. OF STATE ACCPT. SERVICE FOR AVIAGEN TURKEYS, INC.
```