# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RONALD D. MYERS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AVIAGEN TURKEYS, INC.,

    Defendant.

Civil Action No. 5:18-cv-00967

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now Comes Plaintiff, Ronald Myers, by counsel, D. Adrian Hoosier, and Defendant, Aviagen Turkeys, Inc, by counsel, Christopher Lauderdale, Chip E. Williams and Jared C. Underwood, and stipulate to the dismissal of this action pursuant to Rule 41(a)(1(ii)) of the Federal Rules of Civil Procedure. The parties further stipulate that the withdrawal is WITH PREJUDICE, and with no award of attorneys' fees, costs, and/or disbursements to any party.

Respectfully submitted this 6th day of September, 2018.

s/D. Adrian Hoosier, II
D. Adrian Hoosier, II (WVSB 10013)
Email: Adrian@hlfwv.com
Hoosier Law Firm PLLC
2306 ½ Kanawha Blvd., East
Charleston, WV 25311
Phone: (681) 265-5000
Facsimile: (681) 265-5001

Attorney for Plaintiff

s/ Chip E. Williams
Chip E. Williams
E-mail: cwilliams@pffwv.com
Jared Underwood
E-mail: junderwood@pffw.com
PULLIN, FOWLER, FLANAGAN,
    BROWN & POE PLLC
600 Neville Street, Suite 201
Beckley, WV 25301
Phone: (304) 354-9300
Facsimile: (304) 255-5519

*s/ D. Christopher Lauderdale*
D. Christopher Lauderdale *(Pro Hac Vice Pending)*
E-mail: Christopher.Lauderdale@jacksonlewis.com
JACKSON LEWIS, P.C.
15 S. Main Street, Suite 700
Greenville, SC 29601
Phone: (864) 672-8044
Pro Hac Vice Pending

*ATTORNEYS FOR DEFENDANT*